```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   EASTERN DIVISION
```

JEFF LEPPANEN, #M0764                                      PLAINTIFF

VERSUS                          CIVIL ACTION NO.  4:05cv154TSL-AGN

CHRISTOPHER EPPS, LARRY GREER,
FAYE NOEL, AND WILLIE H. BOOKERT                          DEFENDANTS

## **FINAL JUDGMENT**

This cause is before the court, _sua sponte_, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 5th day of January, 2006.


                            /s/ Tom S. Lee
                            UNITED STATES DISTRICT JUDGE